[No. 40922-4-II.   Division Two.   March 13, 2012.]

*In the Matter of the Marriage of* ELISA KOLETTE PAISLEY, *Respondent,* v. GREGG EDWIN PAISLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 08-3-03000-7, Kathryn J. Nelson, J., entered June 3, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Johanson, JJ.

[No. 40966-6-II.   Division Two.   March 13, 2012.]

*In the Matter of the Guardianship of* THOMAS ROBINSON.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-4-00984-1, John R. Hickman, J., entered July 16, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Johanson, JJ.

[No. 41129-6-II.   Division Two.   March 13, 2012.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID L. WALDECK, *Appellant.*

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 10-1-00003-3, Michael J. Sullivan, J., entered August 23, 2010. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Johanson, J.

[No. 41141-5-II.   Division Two.   March 13, 2012.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY JOHNSON, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-04987-6, Kitty-Ann van Doorninck, J., entered August 27, 2010. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Johanson, JJ.